FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC SILVERS, SR. and ESTER SILVERS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT MEMBREY and WATSON CHAPEL DIESEL & REPAIR INC.,<br><br>Defendants. | No. 1:19-cv-03097-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 14, 2019, the parties filed a stipulated dismissal, ECF No. 9. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal, **ECF No. 9**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 18th day of June 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2